IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 10-11906-ESL |
|---|---|
| WILLIAM G. LOPEZ RIVERA<br>ANA M. ROSARIO CINTRON | CHAPTER 13 |
| DEBTORS | |

**NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

COME NOW, **WILLIAM G. LOPEZ RIVERA and ANA M. ROSARIO CINTRON** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtors are hereby submitting an amended Plan dated February 18, 2011, herewith and attached to this motion.

2. This Amended Chapter 13 Plan is filed to provide for the insurance coverage.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participants, debtors, William G. Lopez Rivera and Ana M. Rosario Cintron and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 18th day of February, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
EMAIL: rfigueroa@prtc.net

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                         Case No. **10-11906-13**

**LOPEZ RIVERA, WILLIAM GUADALUPE & ROSARIO CINTRON, ANA MARGARITA**     Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **2/18/2011**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **13** = $ **3,250.00**
$ **335.00** x **47** = $ **15,745.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **18,995.00**

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **18,995.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,874.00**

Signed: **/s/ WILLIAM GUADALUPE LOPEZ RIVER**
Debtor

**/s/ ANA MARGARITA ROSARIO CINTRO**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. ___   Cr. ___
# **71010011620856**   # ___   # ___
$ **130.00**   $ ___   $ ___
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BBVA PUERTO RICO**   Cr. ___   Cr. ___
# **0528**   # ___   # ___
$ **1,106.00**   $ ___   $ ___
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

5. ☐ Other:

6. ☑ Debtor otherwise maintains regular payments directly to:
**BANCO POPULAR D**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ___
☐ Paid 100% / ☐ Other: ___
Cr. ___   Cr. ___   Cr. ___
# ___   # ___   # ___
$ ___   $ ___   $ ___
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Priority: $381.21
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Debtor(s) to provide ADEQUATE PROTECTION PAYMENTS to BBVA thru the Trustee in the sum $50.00 per month for the next eight months or until confirmation. Debtor(s) to provide auto insurance upon maturity to BBVA thru Universal.
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**       Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

LOPEZ RIVERA, WILLIAM GUADALUPE
SECTOR LA PRA BOX 59
TRUJILLO ALTO, PR  00976

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
SAN JUAN, PR  00902-4140

ROSARIO CINTRON, ANA MARGARITA
SECTOR LA PRA BOX 59
TRUJILLO ALTO, PR  00976

EDDA I. RODRIGUEZ
PO BOX 7362
SAN JUAN, PR  00919-1017

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR  00919-3677

FIRST HOSPITAL PANAMERICANO
PO BOX 1400
CIDRA, PR  00739-1400

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL  32247-7455

NCO GROUP FIN
HOSPITAL SAN FRANCISCO
507 PRUDENTIAL RD
HORSHAM, PA  19044

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR  00936-8100

PEP BOYS
BANK ONE 1802
DAYTON, OH  45401-1802

BANCO SANTANDER PR
PO BOX 191080
SAN JUAN, PR  00919-1080

BANK OF AMERICA
PO BOX 53132
PHOENIX, AZ  85072-3132

BBVA PUERTO RICO
PO BOX 364745
SAN JUAN, PR  00936-4745

CENTENNIAL DE PR
PO BOX 71514
SAN JUAN, PR  00936-8614

COMMOLOCO INC
PO BOX 71325
SAN JUAN, PR  00936-8425